In the Matter of KIMBERLY A. SHOEN, an Attorney. [10 NYS3d 463]—

Per Curiam. Kimberly A. Shoen was admitted to practice by this Court in 1995 and in Maine in 1998. She maintains an office for the practice of law in New Hampshire, where she was admitted in 1995.

By order dated August 2014, the Grievance Commission of the Maine Board of Overseers of the Bar imposed a public reprimand against Shoen for having viewed a document on opposing counsel's unoccupied table, without counsel's knowledge or permission, during a brief recess in a Family Court proceeding, a violation of Maine Rules of Professional Conduct Rules 4.4 (a) and 8.4 (d). Shoen has not filed a copy of the order of the Grievance Commission with this Court (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.19 [b]).

The Committee on Professional Standards now moves for an order imposing discipline pursuant to this Court's rules (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.19 [d]). Shoen has filed an answer and affidavit setting forth the circumstances resulting in the discipline. Having considered the conduct that gave rise to Shoen's discipline in Maine and her affidavit in mitigation, and having due regard for the discipline imposed by the Grievance Commission, we censure Shoen.

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur. Ordered that the motion of the Committee on Professional Standards is granted; and it is further ordered that Kimberly A. Shoen is censured.